IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA L. SEAICH,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>        Defendant. | CV 13-193-M-JCL<br><br><br>ORDER |

The Ninth Circuit has issued its formal mandate in this case pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Accordingly,

**IT IS ORDERED** that this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit's memorandum decision.

DATED this 14th day of February, 2018

_____
Jeremiah C. Lynch
United States Magistrate Judge

1